UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OASIS FOCUS FUND LP,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES GUOWEI CHAO,<br><br>Defendant. | Case No. 23-mc-80150-SK<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>Regarding Docket No. 1 |

On May 25, 2023, Oasis Focus Fund LP ("Petitioner") filed a motion to compel Charles Guowei Chao ("Respondent") to comply with a subpoena issued by the Southern District of New York. (Dkt. No. 1.) Respondent may file an opposition to the motion by no later than July 5, 2023. Petitioner may file a reply, if any, by no later than July 12, 2023. The Court HEREBY ORDERS Petitioner to serve a copy of this Order on Respondents by no later than June 5, 2023 and to file a proof of service by no later than June 9, 2023. The Court will set a hearing, if necessary, at a later date.

**IT IS SO ORDERED**.

Dated: May 25, 2023



SALLIE KIM
United States Magistrate Judge