UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE OASIS FOCUS FUND LP,<br><br>   Petitioner. | Case No.  3:23-mc-80150-JD<br><br>**SUA SPONTE JUDICIAL REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

The Court refers this case to the Honorable Trina L. Thompson to determine whether it is related to *Oasis Focus Fund LP v. New Wave MMXV Limited*, Case No. 22-mc-80291-TLT.  Civ. L.R. 3-12(c).

**IT IS SO ORDERED.**

Dated:  June 13, 2023

JAMES DONATO
United States District Judge